UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| ALFONSO JACKSON, | CASE NO. 3:10-CV-0771-LRH-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: AUGUST 25, 2011 |
| JOHN DOE, et al., | |
| Defendant(s). | |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

Deputy Clerk: <u>JENNIFER COTTER</u>     Reporter: <u>FTR: 9:02:09 a.m. - 9:07:37 a.m.</u>

Counsel for Plaintiff(s): <u>ALFONSO JACKSON, In Pro Per (telephonically)</u>

Counsel for Defendant(s): <u>DANIEL SLIMAK</u>

**PROCEEDINGS: MOTION HEARING**

9:02 a.m. Court convenes.

The Court addresses Plaintiff's Motion to Exceed Copy Limit (Docket #24), and the parties present brief argument as to their respective positions.

IT IS ORDERED that the Motion to Exceed Copy Limit is GRANTED to the extent that Plaintiff shall be allowed $50.00 in additional copy work for this case only. Plaintiff has leave to file an additional motion in the future if he feels that more copies will be necessary.

9:07 a.m. Court adjourns.

LANCE S. WILSON, CLERK

By: <u>/s/</u>

Deputy Clerk