UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| ALFONSO JACKSON, | ) | CASE NO.  3:10-CV-0771-LRH-WGC |
| Plaintiff(s), | ) | MINUTES OF THE COURT |
| vs. | ) | DATED: DECEMBER 9, 2011 |
| JOHN DOE, et al., | ) | |
| Defendant(s). | ) | |

PRESENT:  HONORABLE WILLIAM G. COBB , U.S. MAGISTRATE JUDGE

Deputy Clerk: JENNIFER COTTER      Reporter: FTR: 10:04:07 a.m. - 10:48:25 a.m.

Counsel for Plaintiff(s): ALFONSO JACKSON, In Pro Per (telephonically)

Counsel for Defendant(s): DANIEL SLIMAK

**PROCEEDINGS: MOTION HEARING**

10:04 a.m. Court convenes.

**Motion for Leave to File Amended Complaint (Docket #34) and Motion for Leave to File Amended Complaint and Request for Enlargement of Time (Docket #35)**

The Court ascertains that plaintiff seeks to amend the complaint to add a claim of deliberate indifference to serious medical needs and hears argument from the parties.  The Court sets forth its findings on the record.  IT IS ORDERED that the Motion for Leave to File Amended Complaint is DENIED and that the Motion for Enlargement of Time is found as MOOT.

IT IS FURTHER ORDERED that any dispositive motion shall be filed no later than **January 31, 2012**.  The Court requests that Mr. Slimak submit a copy of the extraction video, referred to at this hearing, along with any exhibits.  Mr. Slimak agrees to do so.

**Motion Identifying Unserved Defendants and Request for Order to Identify Them Through Publication (Docket #43)**

IT IS ORDERED that the subject motion is GRANTED to the extent that Plaintiff may attempt to serve by publication those defendants who have not appeared in the case.  Plaintiff is advised that the Court cannot assist him with this, and that he is responsible for any expenses that may arise in this process.

Page Two
Minutes
Jackson v. Doe, et al. (3:10-cv-0771-LRH-WGC)
December 9, 2011

IT IS FURTHER ORDERED that Mr. Slimak shall verify the last known addresses of Glinda Stroik, James Minnix, and Joshua Conner.  He shall then file a notice, no later than **noon on Friday, December 16, 2011** advising the Court of his findings.

10:48 a.m.  Court adjourns.

                                                     LANCE S. WILSON, CLERK

                                                     By: /s/

                                                     Deputy Clerk