UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| ALFONSO JACKSON, | CASE NO.  3:10-CV-0771-LRH-WGC |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: APRIL 4, 2012 |
| JOHN DOE, et al., | |
| Defendant(s). | |

PRESENT:  HONORABLE WILLIAM G. COBB , U.S. MAGISTRATE JUDGE

Deputy Clerk: JENNIFER COTTER     Reporter: FTR: 9:00:08 a.m. - 9:14:01 a.m.

Counsel for Plaintiff(s): ALFONSO JACKSON, In Pro Per (telephonically)

Counsel for Defendant(s): DANIEL SLIMAK (telephonically)

**PROCEEDINGS: MOTION HEARING**

9:00 a.m. Court convenes.

**Motion to Exceed $100 Copywork Limit (Docket #75)**

**IT IS ORDERED** that the Motion to Exceed Copywork Limit is **GRANTED** to the extent that Plaintiff shall be allowed an additional **$25.00** in copies for the purpose of litigating the remainder of this case.

**Motion to Stay Summary Judgment and Motion to Reopen Discovery (Dockets #60/61), Motion Requesting an Enlargement of Time and Motion to Reopen Discovery (Docket #71), and Motion for Enlargement of Time to File Opposition to Motion for Summary Judgment (Docket #77)**

The Court recites the history of the case with respect to the service of various defendants and specifically addresses the lack of service regarding Defendant Minnix.  Plaintiff asserts that he sent the required service documents to the Clerk's Office rather than the United States Marshal's Office.  However, the records indicate that these documents were never received by either office.

**IT IS ORDERED** that the subject motions are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file his opposition to Defendants' Motion for Summary Judgment (Docket #65) no later than **April 27, 2012.**  Defendants shall file their reply by **May 11, 2012**.

Page Two
Jackson v. Doe, et al. (3:10-cv-0771-LRH-WGC)
April 4, 2012

While the Court is not going to delay these proceedings any further, Plaintiff shall be allowed to attempt to serve Defendant Minnix one last time.

**IT IS ORDERED** that the Clerk shall send to Plaintiff a copy of the order entered on December 21, 2011 (Docket #57), a USM-285 form, and a copy of Second Amended Complaint (Docket #12). Plaintiff shall have **ten (10) days** from the receipt of these documents to return them to the U.S. Marshal's Office at 400 S. Virginia St., Suite #201, Reno, NV, 89501.

Plaintiff is advised that there is no guarantee that service will be accomplished in time, and the deadlines currently in place will not be moved.

9:14:01 a.m.  Court adjourns.

LANCE S. WILSON, CLERK


By: /s/ _____

Deputy Clerk