UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| ALFONSO JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00771-LRH-WGC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| JOHN DOE; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#92[1]) entered on July 5, 2012, recommending denying Defendants' Motion for Summary Judgment (#65) filed on January 31, 2012, and denying Plaintiff's Cross-Motion for Summary Judgment (#81) filed on April 23, 2012. Defendants filed their Objections to the Magistrate Judge's Report and Recommendation (#93) on July 18, 2012. Plaintiff filed his Objection to Magistrate Judge's Report and Recommendation (#98) on August 20, 2012. No responses have been filed. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff and Defendants, the pleadings and memoranda of the parties and other relevant matters

---

[1] Refers to court's docket number.

of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#92) entered on July 5, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#92) entered on July 5, 2012, is adopted and accepted, and Defendant's Motion for Summary Judgment (#65) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Cross-Motion for Summary Judgment (#81) is DENIED.

IT IS FURTHER ORDERED that the parties shall file a joint pre-trial order with the court within 45 days of this order.

IT IS SO ORDERED.

DATED this 28th day of September, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE