**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALFONSO JACKSON, | 3:10-cv-00771-LRH-WGC |
| Plaintiff, | |
| vs. | **ORDER** |
| JOHN DOE, *et al*., | |
| Defendant(s) | |

Before the court is Plaintiff's Motion Requesting the Court to Enter an Order of Contempt Against NDOC for Failure to Comply with Court Order # 33 (Doc. # 107). The gravamen of Plaintiff's motion is that the Nevada Department of Corrections (NDOC) has supposedly failed "to comply with court order # 33" (*id*. at 1) by not allowing him additional copywork. Defendants opposed the motion (Doc. # 111) and Plaintiff has replied (Doc. # 113).

There is a dispute before the court whether Plaintiff has the sum of $20.80 remaining from an order of September 14, 2011 (Doc. # 33) granting Plaintiff a $50.00 extension or whether this sum remains subsequent to a more recent copywork extension of $25.00 granted on April 4, 2012 (Doc. # 79) or whether any copywork balance remains. *See*, Doc. # 100 at 6, 7.

Plaintiff has also filed a motion for another copywork extension (Doc. # 100). The same or at least similar issues will be addressed in the court's consideration of that motion (Doc. # 100) which has been scheduled for oral arguments.

/ / /

/ / /

1   Therefore, Plaintiff's motion (Doc. # 107) is **DENIED** as moot.[1]

2

3   **IT IS SO ORDERED.**

4

5   DATED:  November 16, 2012

6

7

8   WILLIAM G. COBB
    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   [1] Plaintiff's motion seeks to hold "NDOC" in contempt.  In his Reply memorandum (Doc. # 113),
     Plaintiff seeks to impose "sanctions" against the "Ely Prison Librarian" (*id.* at 1) and the Law Library Supervisor
27   (*id*. at 4), neither of whom is identified by name.  Although this court periodically directs copywork extensions
     which presumably must be handled by NDOC, NDOC is not a party to this action.  Neither are the unidentified
28   law librarian or law library supervisor.  Therefore, a "sanctions" motion against a non party is not appropriate.

2