1

2

3

4

5

6                              UNITED STATES DISTRICT COURT

7                                    DISTRICT OF NEVADA

8                                            * * *

9    ALFONSO JACKSON,                          )
                                               )
10              Plaintiff,                      )          3:10-CV-00771-LRH-WGC
                                               )
11   v.                                         )
                                               )          ORDER
12   JOHN DOE, et al.,                          )
                                               )
13              Defendants.                     )
                                               )
14   _____ )

15          Before the Court is Defendants Justin Chenault, Charles Kirchen, Reuben Lajda, Jason

16   Marshall, and Tom Stubbs' (collectively "Defendants") Motion for Alfonso Jackson ("Jackson") to

17   Wear Restraints at Trial.  Doc. #151.[1]  Jackson filed an Opposition (Doc. #155), to which

18   Defendants replied (Doc. #156).

19          The Court accepts Defendants' representations as to the legitimate and substantiated

20   security concerns related to Jackson and the associated necessity of restraints during trial in this

21   matter.  Accordingly, the Court finds that it is appropriate to order Jackson to wear ankle restraints

22   that are attached to the floor and an electronic stun belt under his clothing so that it is not visible or

23   otherwise apparent to a jury.  The Court further finds that this is the least restrictive means

24   available to balance Jackson's interest in presenting his case to a jury in a fair and unbiased manner

25   with Defendants and the Court's interest in maintaining the security and decorum of the courtroom.

26   _____

         [1] Refers to the Court's docket number.

1          IT IS THEREFORE ORDERED that Defendants' Motion for Jackson to Wear Restraints at

2    Trial (Doc. #151) is GRANTED.

3          IT IS FURTHER ORDERED that Jackson shall wear ankle restraints that are attached to the

4    floor and an electronic stun belt under his clothing so that it is not visible or otherwise apparent to a

5    jury.

6          IT IS SO ORDERED.

7          DATED this 6th day of March, 2014.

8

9                                                    _____

10                                                   LARRY R. HICKS
                                                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2