
UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALFONSO JACKSON,              )<br>                                           )<br>        Plaintiff,              )<br>                                           )<br>v.                                       )<br>                                           )<br>JOHN DOE, et al.,              )<br>                                           )<br>        Defendants.              )<br>_____ ) | 3:10-CV-00771-LRH-WGC<br><br>ORDER |

     Before the Court is Defendants Justin Chenault, Charles Kirchen, Reuben Lajda, Jason Marshall, and Tom Stubbs' (collectively "Defendants") Motion for Alfonso Jackson ("Jackson") to Wear Restraints at Trial. Doc. #151.[1] Jackson filed an Opposition (Doc. #155), to which Defendants replied (Doc. #156).

     The Court accepts Defendants' representations as to the legitimate and substantiated security concerns related to Jackson and the associated necessity of restraints during trial in this matter. Accordingly, the Court finds that it is appropriate to order Jackson to wear ankle restraints that are attached to the floor and an electronic stun belt under his clothing so that it is not visible or otherwise apparent to a jury. The Court further finds that this is the least restrictive means available to balance Jackson's interest in presenting his case to a jury in a fair and unbiased manner with Defendants and the Court's interest in maintaining the security and decorum of the courtroom.

---

[1] Refers to the Court's docket number.

IT IS THEREFORE ORDERED that Defendants' Motion for Jackson to Wear Restraints at Trial (Doc. #151) is GRANTED.

IT IS FURTHER ORDERED that Jackson shall wear ankle restraints that are attached to the floor and an electronic stun belt under his clothing so that it is not visible or otherwise apparent to a jury.

IT IS SO ORDERED.

DATED this 6th day of March, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE